JS-6

Note Changes by the Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANTE INC., | Case No. 2:16-cv-3240 JFW (GJSx) |
| Plaintiff, | |
| v. | ORDER ON STIPULATION FOR DISMISSAL |
| HEALTHPRO NUTRITION; BART GREENHUT; and DOES 1 through 10, inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING,

The Court hereby ORDERS the above-captioned action is dismissed with prejudice.

DATED: December 13, 2016

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

No. 2:16-cv-3240 JFW (GJSx)